DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEIL KURT SALAZAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3717

[October 17, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Sherwood Bauer, Jr., Judge; L.T. Case No. 472000CF000368A.

Neil Kurt Salazar, Malone, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***